**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JEWEL JACKSON,<br><br>    Plaintiff,<br><br>  v.<br><br>FREEDOM MORTGAGE PAVILION,<br><br>    Defendant. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>No. 24-1049 (KMW-AMD)<br><br>**MEMORANDUM & ORDER** |

WHEREAS, the Court received Plaintiff's letter dated August 19, 2024 (ECF No. 13); and

WHEREAS, Plaintiff's counsel has requested several continuances in this matter and had difficulty reaching Plaintiff in order to draft a more definitive statement; and

WHEREAS, in an effort to promote judicial efficiency, the Court elects to dismiss the Complaint without prejudice and permit Plaintiff to re-file.

Therefore,

IT IS HEREBY on this __ day of August, 2024,

**ORDERED** that this case be **DISMISSED WITHOUT PREJUDICE**; and further

**ORDERED** that Plaintiff is granted leave to re-file on or before September 13, 2024.

                       /s/ Karen M. Williams
                       KAREN M. WILLIAMS
                       United States District Judge